# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL J. NOVICK; AND EMILY S. NOVICK,

Appellants,

vs.

SUMMERLIN NORTH COMMUNITY ASSOCIATION, A NEVADA NON-PROFIT COOPERATIVE CORPORATION; CITIMORTGAGE, INC., A NEW YORK CORPORATION; AND CITIBANK, N.A., A NATIONAL BANKING ASSOCIATION,

Respondents.

No. 83351

FILED

SEP 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court findings of fact, conclusions of law, and judgment following bench trial in an action to quiet title. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Preliminary review of the district court record and the documents on file in this appeal reveals a jurisdictional defect. It appears that claims against Summerlin North Community Association remain pending below. In particular, it appears that on November 23, 2020, the district court entered a minute order granting Summerlin North's motion for summary judgment. The minute order directed counsel for Summerlin North to submit a proposed order consistent with the court's minute order. However, to date, it does not appear that a written order granting Summerlin North's summary judgment motion has been filed, and the district court's minute order is not effective. *See State, Div. of Child & Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.2d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying

21-28120

controversy, must be written, signed, and filed before they become effective.").

Because claims remain pending below, the order challenged on appeal is not appealable as a final judgment under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). And no other statute or court rule allows for an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). This court lacks jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.            _____, J.
Stiglich                                 Silver


cc:    Hon. Mark R. Denton, District Judge
       Emily S. Novick
       Michael J. Novick
       Akerman LLP/Las Vegas
       Lipson Neilson P.C.
       Eighth District Court Clerk